UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-CV-22482-PCH (CIVIL)
CASE NO.: 99-CR-903-PCH (CRIMINAL)

MUJAHAD SHOUMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA

    Respondent.
_____/

### ORDER ON RULE 60(B) MOTION

This matter is before the Court on a motion by Petitioner Mujahad Shouman for relief from final judgment under Federal Rule of Civil Procedure 60(b) [Doc. 125, filed March 18, 2010]. The petitioner requests that the Court vacate and reenter the final judgment in this case in order to reset the time for filing an appeal. The Court previously denied the petitioner's motion to reopen the time for filling an appeal because the petitioner's motion was filed outside of the 180 day time limit imposed by Federal Rule of Appellate Procedure 4(a)(6) [Doc. 122, filed February 25, 2010]. The government filed a response objecting to the motion [Doc. 126, filed March 31, 2010]. The Court has considered the motion, the response, and is otherwise duly advised.

Pursuant to Federal Rule of Civil Procedure 77(d),

> Lack of notice of the entry [of final judgment] does not affect the time for appeal or relieve — *or authorize the court to relieve* — a party for failing to appeal within the time allowed, except as allowed by Federal Rule of Appellate Procedure (4)(a).

(emphasis added). Because Petitioner's motion is untimely under Federal Rule of Appellate Procedure 4(a), Rule 77(d) does not permit the Court to grant the petitioner's Rule 60(b) motion.

Therefore it is

  ORDERED and ADJUDGED that Petitioner's motion for post-judgment relief under Rule 60(b) is DENIED.

  DONE and ORDERED in Chambers, at Miami, Florida, on April 1, 2010.

            _____
            Paul C. Huck
            United States District Judge

Copies furnished to:
Counsel of Record

Mujahad Shouman, *pro se*
Reg. No.: 06785-068
Federal Correctional Complex – USP 2
P.O. Box 1034
Coleman, Florida 33521-1034